PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-3626
_____

MAHER TERMINALS, LLC,
                                    Appellant
v.

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY;
PATRICK FOYE, in his official capacity as Executive Director of
the Port Authority of New York and New Jersey
_____

On Appeal from United States District Court
for the District of New Jersey
(D. N.J. No. 2-12-cv-06090)
District Judge:  Honorable Kevin McNulty

Before:  FISHER, JORDAN and SHWARTZ, *Circuit Judges*.

ORDER AMENDING OPINION

At the direction of the Court, the opinion filed on October 1, 2015 is hereby amended.  The second sentence under section D on page 23 is amended as follows:

The District Court concluded that it lacked federal admiralty jurisdiction over the claim, under 28 U.S.C. § 1333(1) and declined to exercise supplemental jurisdiction over the claim under 28 U.S.C. § 1367.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:  November 12, 2015